JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

November 9, 2026

By ECF

Hon. Lorna G. Schofield
District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application Granted in part. The status conference currently scheduled for November 10, 2026, is adjourned to **December 1, 2026, at 11:45 a.m**. The parties' application for the exclusion of time is DENIED without prejudice to renewal noting the reasons for the exclusion. The Clerk of the Court is directed to terminate the letter motion at docket number 54.

Dated: November 9, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re: *United States v. Obaid et al.*, 26 Cr. 155 (LGS)**

Dear Judge Schofield:

This letter is respectfully submitted to request that the conference currently scheduled for November 10, 2026, be adjourned for ten-days or to a date therefter convenient for the Court. The undersigned has been conferring with the Government to reach a pretrial disposition and received an amended plea agreement from the Government on November 8, 2026.

We have conferred with the Government, and the Government has no objection to this request. The requested adjournment will permit us to review the amended plea agreement with Mr. Obaid and potentially schedule a change of plea hearing.

The parties consent to the exclusion of time pursuant to 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration.

Respectfully submitted,

***/s/ James Kousouros***
James Kousouros, Esq.
*Counsel for Mr. Obaid*

c.c. All Counsel of Record (By ECF)